**No. 41232.**—Protest 777707–G (O) of Mattia Locatelli N. Y. Branch, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) it was held that an allowance should be made for the weight of the covering of fuller's earth or lampblack and soapstone.

**No. 41233.**—Protests 934275–G, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 8, 1939

**No. 41234.**—Protests 635295–G, etc., of Pacific Customs Brokerage Co. (Portland, Maine).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that the tax should have been paid on the basis of the number of board feet in the actual condition of the lumber as imported.

**No. 41235.**—Protests 841722–G, etc., of Frank Mahr (New York).

Opinion by McCLELLAND, P. J. There was testimony that the wax in question is applied to skis in the same manner as wax is applied by hand to floors. An analysis showed that the merchandise consists of something more than merely animal, vegetable, or mineral wax. On the record presented the protests were overruled.

**No. 41236.**—Petitions 5814–R, etc., of Golding Bros. Co., Inc. (Portland, Oreg., etc.).

Opinion by McCLELLAND, P. J. Being satisfied that the entry was made without intent to defraud the United States of any of its lawful revenue the court granted the petitions. Abstract 39917 followed.

**No. 41237.**—Protests 800008–G, etc., of Henry Andur & Sons et al. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of microscope sets similar to those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23). The claim at 45 percent under paragraph 228 (b) was therefore sustained.